**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| ACE WIRE SPRING AND FORM COMPANY, | : No. 318 WAL 2014 |
| | : |
| | : Petition for Allowance of Appeal from the |
| Petitioner | : Order of the Commonwealth Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL BOARD (WALSHESKY), | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.